COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-409-CV

THE BURLINGTON NORTHERN        APPELLANT

SANTA FE RAILWAY COMPANY
 

V.

JASON MANLEY
 APPELLEE

----------

FROM THE 67TH DISTRICT COURT OF  TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Agreed Motion To Dismiss Appeal And Expedite The Issuance Of Mandate.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal and order 
mandate issued this day
.  
See
 T
EX.
 R. A
PP.
 P. 18.1(c), 42.1(a)(1), 43.2(f). 

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J. 

DELIVERED:  July 31, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.